No. 81–167. PAN-ISLAMIC TRADE CORP. *v.* EXXON CORP. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ■